IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TERRENCE TIMMONS, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:14-cv-02272 |
| ) | |
| v. ) | |
| ) | |
| AGC FLAT GLASS NORTH ) | |
| AMERICA, INC. ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT AGC FLAT GLASS NORTH AMERICA, INC.'S UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT**

Defendant AGC Flat Glass North America, Inc. ("AGC"), by and through counsel, respectfully moves for an order allowing a twenty-one (21) page extension of the page limit as outlined in this Court's Standing Order applicable to its Reply Memorandum in Support of Motion for Summary Judgment ("Reply Memorandum").  In support of this unopposed motion, AGC states as follows:

1. AGC's Motion for Summary Judgment and Memorandum in Support of Motion for Summary Judgment were filed on May 15, 2015.  *See* Doc. No(s). 29 and 30.

2. Plaintiff filed his Memorandum in Opposition to AGC's Motion for Summary Judgment ("Opposition") on June 19, 2015.  *See* Doc. No. 37[1].

3. AGC's deadline to file its Reply Memorandum is currently July 17, 2015.

4. Pursuant to this Court's Standing Order, reply memoranda to summary judgment motions are limited to 30 pages in length.

---

[1] Plaintiff's Memorandum in Opposition to AGC's Motion for Summary Judgment (Doc. No. 37) also exceeds the page limitation as provided by this Court's Standing Order.  However, counsel for AGC has no objection to Plaintiff's excessive page length, provided AGC is also allowed to exceed the existing page limitation.

5. In his Opposition, Plaintiff attempts to dispute over 70 of AGC's facts, includes 11 additional pages consisting of 114 new assertions of fact and nearly 20 pages of argument. Plaintiff's Opposition also exceeds the page limitation as provided by this Court's Standing Order.

6. Good cause exists to allow AGC to exceed the page limitation applicable to its Reply Memorandum because AGC must respond to 70 facts disputed by Plaintiff, 114 new facts asserted by Plaintiff and the legal arguments presented by Plaintiff in his Opposition.

7. Therefore, AGC respectfully requests an additional 21 pages for its Reply Memorandum.

8. The parties have conferred and Plaintiff does not oppose this Motion.

9. There have been no prior requests to exceed the page limitations for AGC's Reply Memorandum.

10. A proposed Order granting this Motion is being provided via electronic mail to the Court pursuant to Local Rules.

WHEREFORE, AGC respectfully requests this Court allow a twenty-one (21) page extension of the page limit applicable to its Reply Memorandum in Support of Motion for Summary Judgment, and such other relief as this Court deems just and proper.

Respectfully submitted,

/s/ Lindsey L. Poling
Brian J. Christensen    KS #16528
Lindsey L. Poling,      KS #23315
JACKSON LEWIS, P.C.
7101 College Blvd, Suite 1150
Overland Park, KS 66210
Telephone: (913) 981-1018
Facsimile: (913) 981-1019
brian.christensen@jacksonlewis.com
lindsey.poling@jacksonlewis.com

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2015, I electronically filed the foregoing document with the clerk of the court using the CM/ECF system which will send a notice of electronic filing to counsel of record:

Michael R. Stallworth
HOLMAN SCHIAVONE, LLC
4600 Madison, Suite #810
Kansas City, MO 64112
Telephone:  (816) 283-8738
Facsimile:  (816) 283-8739
Email:  sstallworth@hslawllc.com

*ATTORNEY FOR PLAINTIFF*

/s/ Lindsey L. Poling
ATTORNEY FOR DEFENDANT