IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **TERRENCE TIMMONS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.: 2:14-cv-02272** |
| | ) | |
| v. | ) | |
| | ) | |
| **AGC FLAT GLASS NORTH AMERICA, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT

Plaintiff, by and through counsel of record, respectfully moves for an order allowing a sixteen (16) page extension of the page limit to Plaitniff's Memorandum in Opposition to Defendant's Motion for Summary Judgment. In support of this unopposed motion, Plaintiff states as follows:

1. AGC's Motion for Summary Judgment and Memorandum in Support of Motion for Summary Judgment were filed on May 15, 2015. *See* Doc. No(s). 29 and 30.

2. Plaintiff's Opposition to Defendant's Motion for Summary Judgment was filed on June 19, 2015. *See* Doc. No. 35.

3. Pursuant to this Court's Standing Order, an Opposition Memorandum to Summary Judgment motions are limited to 50 pages in length.

4. In its Summary Judgment Motion, Defendant asserted 142 facts.

5. Plaintiff's responses to those facts accounted for nearly 33 pages.

6. Plaintiff also asserted an additional 114 facts, which accounted for nearly 12 pages.

7. Pursuant to the Court's standing Order, Plaintiff would only have four (4) pages to respond to Defendant's Summary Judgment Motion.

8. Good cause exists to allow Plaintiff to exceed the page limitation application to its Opposition Memorandum because Plaintiff must respond to those facts disputed by Plaintiff, as well as provide additional facts and legal arguments to support his claims.

9. Therefore, Plaintiff respectfully requests an additional 16 pages for his Opposition Memorandum.

10. The parties have conferred and Defendant does not oppose this Motion.

11. A proposed Order granting this Motion is being provided via electronic mail to the Court pursuant to Local Rules.

WHEREFORE, for the above and foregoing reasons, Plaintiff respectfully requests a sixteen (16) page extension of the page limit applicable to its Memorandum in Opposition to Defendant's Motion for Summary Judgment, and such other relief as this Court deems just and proper.

HOLMAN SCHIAVONE, LLC


By: */s/M. Shaun Stallworth*
M. Shaun Stallworth, KS Fed # 78332
4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
Telephone: 816.283.8738
Facsimile: 816.283.8739
Email: sstallworth@hslawllc.com

ATTORNEY FOR PLAINTIFF


**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served electronically on this 17th day of July, 2015, to those parties who have entered an appearance in the Court's Electronic Court Filing (ECF) system to those parties who have requested notice but are not participating in the ECF System, pursuant to instructions appearing on the Electronic Filing Receipt received from the U.S. District Court for the District of Kansas.


*/s/M. Shaun Stallworth*
ATTORNEY FOR PLAINTIFF

3