# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **TERRENCE TIMMONS,** ) | |
| ) | |
| **Plaintiff,** ) | **Case No.: 2:14-cv-02272** |
| ) | |
| **v.** ) | |
| ) | |
| **AGC FLAT GLASS NORTH** ) | |
| **AMERICA, INC.** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Good cause appearing, the Court, having reviewed Defendant AGC Flat Glass North America, Inc.'s ("AGC") Unopposed Motion for Leave to Exceed the Page Limit, hereby GRANTS said Motion. Accordingly, it is hereby

ORDERED that AGC is granted an additional 21 pages for its Reply Memorandum in Support of Motion for Summary Judgment. AGC's Reply Memorandum is limited to a total of 51 pages.

It is SO ORDERED.

DATED: 7-17-15

JUDGE ERIC F. MELGREN
UNITED STATES DISTRICT COURT